Berardo et ux., Appellants, *v.* Truxal.

Argued October 3, 1974. Before EAGEN, O'BRIEN, ROBERTS, POMEROY, NIX and MANDERINO, JJ.

*James P. McKenna, Jr.,* with him *Dickie, McCamey & Chilcote,* for appellants.

*Christ. C. Walthour, Jr.,* with him *Kunkle, Walthour and Garland,* for appellees.

OPINION PER CURIAM, November 20, 1974:
Decree affirmed.  Costs to be borne by appellants.
Mr. Chief Justice JONES took no part in the consideration or decision of this case.